UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CARDLE CHASE JOHN,

                Plaintiff,

-against-

ADAPT COMMUNITY NETWORK, GARY DREYFUSS, and ISABELLA DOMBROWSKI,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/17/2023
```

22 Civ. 9758 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 14, 2023, Plaintiff filed a motion for leave to file an amended complaint. ECF No. 21. Accordingly, by **May 1, 2023**, Defendants shall respond to Plaintiff's motion.

    SO ORDERED.

Dated: April 17, 2023
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge