UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARDLE CHASE JOHN,

                    Plaintiff,

          -against-

ADAPT COMMUNITY NETWORK, GARY
DREYFUSS, and ISABELLA DOMBROWSKI,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/3/2023___
```

22 Civ. 9758 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' proposed case management plan dated August 1, 2023.
ECF No. 31.  The parties have requested more than 45 days for expert discovery, without providing
any exceptional circumstances to justify this request.  *Id.* ¶¶ 5, 7.  The parties are reminded that the
Court shall not stay discovery pending its decision on any motion.  *See id.* ¶ 5.  Accordingly, by
**August 10, 2023**, the parties shall file an amended proposed case management plan or a letter
justifying their proposed discovery deadline.

       SO ORDERED.

Dated: August 3, 2023
       New York, New York

_____
       ANALISA TORRES
       United States District Judge