UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARDLE CHASE JOHN,<br><br>                    Plaintiff(s),<br><br>                v.<br><br>ADAPT COMMUNITY NETWORK,<br><br>                    Defendant(s). | 22-CV-9758 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at [https://nysd.uscourts.gov/hon-dale-e-ho](https://nysd.uscourts.gov/hon-dale-e-ho).  The in-person Case Management Conference scheduled for December 5, 2023, at 01:00 p.m., shall now be held on **December 7, 2023, at 1:00 p.m. (E.T.)** on Microsoft Teams.  The parties shall dial 646-453-4442, then enter the conference ID: 425 324 857, followed by the pound (#) sign.  Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 24, 2023
       New York, New York

 

*[signature]*
_____
DALE E. HO
United States District Judge