



600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**MARY ELLEN DONNELLY**
mdonnelly@bsk.com
P: (646) 253-2392
F: (646) 253-2301

October 24, 2023

**VIA ELECTRONIC FILING**
Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Cardle Chase John v. ADAPT Community Network., et al.
                Case No. 1:22 Civ. 09758 (AT)

Dear Judge Ho:

    We represent Defendant ADAPT Community Network, Gary Dreyfuss, and Isabella Dombrowski (collectively the "Defendants") in the above-referenced action. We write jointly with Plaintiff to request a stay of the current deadlines outlined in Judge Torres' August 4, 2023 Order. (ECF Doc. No. 34). The Parties also request an adjournment of the December 7, 2023 Case Management Conference. (ECF Doc. No. 35). The reason for the requested stay is that the Parties wish to engage in mediation. The Parties will submit an updated proposed Case Management Plan, with proposed dates for a Case Management Conference, in the event mediation is unsuccessful.

    Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ MED
Mary Ellen Donnelly
Member
*Attorneys for Defendants*

Via ECF
Siobhan Klassen, Esq.
*Attorneys for Plaintiff*

Application GRANTED. The deadlines outlined in ECF No. 34 are hereby stayed. The parties are ORDERED to submit an updated proposed case management plan by **October 27, 2023**. The parties shall use this Court's order form, available at https://www.nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 25, 2023
New York, New York

16709867.1 10/24/2023

Attorneys At Law | A Professional Limited Liability Company