

**MEMO ENDORSED**

# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MARY ELLEN DONNELLY**
mdonnelly@bsk.com
P: (646) 253-2392
F: (646) 253-2301

November 2, 2023

**VIA ELECTRONIC FILING**

Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. All dates and deadlines are adjourned pending the February mediation. Within two (2) weeks of the close of mediation, the parties shall submit a status letter to Court. If mediation is unsuccessful, the status letter should be accompanied by an updated proposed case management plan. The Clerk of Court is respectfully directed to close the open motion at ECF No. 41.
>
> SO ORDERED.
>
> Dale E. Ho
> United States District Judge
> Dated: November 2, 2024
> New York, New York

Re:  Cardle Chase John v. ADAPT Community Network., et al.
<u>Case No. 1:22 Civ. 09758 (AT)</u>

Dear Judge Ho:

We represent Defendant ADAPT Community Network, Gary Dreyfuss, and Isabella Dombrowski (collectively the "Defendants") in the above-referenced action. We write jointly with Plaintiff to request a stay of the current deadlines outlined in Judge Torres' October 27, 2023 Order. (ECF Doc. No. 38).

On October 24, 2023, the Parties requested a stay of the deadlines and an adjournment of the December 7 conference in order to engage in mediation. (ECF Doc. No. 36). Your Honor granted this motion but requested that the Parties submit an updated proposed Case Management Plan by October 27, 2023. (ECF Doc. No. 37). On October 27, 2023, the Parties submitted their proposed Case Management Plan (ECF Doc. No. 38). That same day, Your Honor adopted the Parties proposed Case Management Plan and scheduled a Case Management Conference for April 25, 2024. (ECF Doc. No. 39). On November 1, 2023, Your Honor scheduled an Initial Pretrial Conference for December 7, 2023.

As explained in the Parties October 24, 2023 letter motion, the Parties are pursuing private mediation. The Parties have selected a mediator whose first availability is in February 2024. Therefore, the Parties request a stay of the current deadlines until after the completion of mediation. The Parties also request an adjournment of the December 7, 2023 Initial Pretrial Conference. After the February 2024 mediation, the Parties will submit an updated proposed Case Management Plan in the event the mediation is unsuccessful.

Honorable Dale E. Ho
November 2, 2023
Page 2

       Thank you for your time and attention to this matter.

Respectfully submitted,

/s/  MED
Mary Ellen Donnelly
Member
*Attorneys for Defendants*

<u>Via ECF</u>
Siobhan Klassen, Esq.
*Attorneys for Plaintiff*