# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Siobhan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

May 23, 2024

**VIA ECF**
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Court House
500 Pearl Street, Court Rm 15D
New York, New York 10007

> Application **GRANTED**, nunc pro tunc. The parties shall file the stipulation of dismissal by **June 23, 2024**. So Ordered. The Clerk of Court is respectfully directed to close the motion at ECF No. 47.
>
> */s/ Dale E. Ho*
> Dale E. Ho
> United States District Judge
> Dated: May 24, 2024
> New York, New York

Re: **Cardle John v. Adapt Community Network, et al.**
Civil Action No.: 1:22-cv-09758

Dear Judge Torres:

The undersigned represents Plaintiff Cardle John ("Plaintiff"), in the above-referenced matter. We write to respectfully request a 30-day extension to file the Stipulation of Dismissal, from May 20, 2024, to June 23, 2024. The reason for this request is that while the settlement agreement has been fully executed, Plaintiff has not received payment. The extension would provide sufficient time for Plaintiff to receive payment. This is Plaintiff's second request for an extension and Defendant does not consent.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: */s/Siobhan Klassen*
Siobhan Klassen

cc: All Counsel of Record (via ECF)